*In re* MANUEL PARRILLA MÁRQUEZ.

*Número:* CE-85-755          *Resuelto:* 29 de mayo de 1994

*Carlos R. Noriega,* abogado del peticionario; *Rafael Ortiz Carrión, Procurador General, Reina Colón de Rodríguez, Subprocuradora General, Rosa Negrón de Quiñones e Ivonne Casanova Pelosi, Procuradoras Generales Auxiliares.*

## RESOLUCIÓN

Examinada la petición de reinstalación como abogado y notario presentada el 20 de marzo de 1992 por Manuel Parrilla Márquez, se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la profesión de abogado y notario a partir de hoy, luego del cumplimiento de los trámites necesarios para ello.

*Esta resolución se publicará.*

Lo acordó el Tribunal y certifica el señor Secretario General.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*